UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIN GENAO,<br><br>        Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY HOUSING AUTHORITY;<br>DIVISION OF HUMAN RIGHTS,<br><br>        Defendants. | 20-CV-4445 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 11, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 5, 2019 order in *Genao v. Saint Pauls Church*, ECF 1:19-CV-2704, 6 (S.D.N.Y. June 5, 2019), the Court dismisses the complaint without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 11, 2020
     New York, New York

                      COLLEEN McMAHON
                     Chief United States District Judge